IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
_____ DIVISION

RECEIVED
IN CLERK'S OFFICE
SEP 23 2016
U.S. DISTRICT COURT
MID. DIST. TENN.

Justin E. Lee ,  )
(Name)  )  (List the names of all the plaintiffs filing
1460 ,  )  this lawsuit. Do not use "et al." Attach
(Prison Id. No.)  )  additional sheets if necessary.)
  )
_____ ,  )
(Name)  )
  )  Civil Action No. _____
_____ ,  )  (To be assigned by the Clerk's Office.
(Prison Id. No.)  )  Do not write in this space.)
  )
Plaintiff(s)  )
  )
v.  )
  )  JURY TRIAL REQUESTED ___YES ___NO
Lisa Hatcher ,  )
(Name)  )  (List the names of all defendants
~~XXXXXXXXXXXXX~~ ,  )  against whom you are filing this
(Name) (see Attached)  )  lawsuit. Do you use "et al." Attach
  )  additional sheets if necessary.)
Defendant(s)  )

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS FILED
PURSUANT TO 42 U.S.C. § 1983

I. PARTIES TO THIS LAWSUIT

   A. Plaintiff(s) bringing this lawsuit:

      1. Name of the first plaintiff: Justin Elliott Lee
         Prison I.D. No. of the first plaintiff: 1460
         Address of the first plaintiff: PO Box 69, Dover, TN 37058

         Status of Plaintiff: CONVICTED (___)    PRETRIAL DETAINEE (X)

      2. Name of the second plaintiff: _____
         Prison I.D. No. of the second plaintiff: _____
         Address of the second plaintiff: _____

         Status of Plaintiff: CONVICTED (___)    PRETRIAL DETAINEE (___)

Revised 11/2014

In the United States District Court
for the Middle District of Tennessee
_____ Division

Justin E. Lee
1460
    Plaintiff

v.

Lisa Hatcher
~~Lisa Bellanger~~ Nurse Practicioner Witherspoon
Advanced Correctional Healthcare
Sandy Webster
Erin Taylor
Mr Greenhill, CO
Stewart Co. Sheriff's office
    Defendents

B cont.

3) Advanced Correctional Healthcare
   3922 W. Baring Trace
   Peoria, IL 61615
   Official Capacity - yes

4) Sandy Webster
   Employed at: Stewart Co. Sheriff's Office
   PO Box 69
   203 Donelson Pkwy.
   Dover, TN 37058
   Official Capacity - yes
   Individual Capacity - yes

5) Erin Taylor
   Employed at: Stewart Co Sheriff's Office
   PO Box 69
   203 Donelson Pkwy
   Dover, TN 37058
   Official Capacity - yes
   Individual Capacity - yes

B cont.

6) MV. Greenhill
   Employed at: Stewart Co. Sheriff's Office
       PO Box 69
       203 Donelson Pkwy
       Dover, TN 37058
   offical Capacity - yes
   individual Capacity - yes

7) Stewart Co. Sheriff's Office
   PO Box 69
   203 Donelson Pkwy
   Dover, TN 37058
      offical Capacity - yes

(Include the name of the institution and mailing address with zip code for each plaintiff. If any plaintiff changes his or her address, he or she must notify the Court immediately. If there are more than two plaintiffs, list their names, prison identification numbers, and addresses on a separate sheet of paper.)

B. Defendant(s) against whom this lawsuit is being brought:

1. Name of the first defendant: _Lisa Hatcher_
   Place of employment of the first defendant: _Stewart Co. Sheriffs office, Advanced Correctional Health care_
   First defendant's address: _Employment Address is PO Box 69, 203 Donelson Pkwy. Dover, TN 37058_

   Named in official capacity? _X_ Yes ___ No
   Named in individual capacity? _X_ Yes ___ No

2. Name of the second defendant: ~~Jason Bellamy~~ _Nurse Practioner Witherspoon_
   Place of employment of the second defendant: _Stewart co sheriffs office, Advanced Correctional Health care_
   Second defendant's address: _Employment address is PO Box 69, 203 Donelson Pkwy Dover, TN 37058_

   Named in official capacity? _X_ Yes ___ No
   Named in individual capacity? _X_ Yes ___ No

   _See Attached_

(If there are more than two defendants against whom you are bringing this lawsuit, you must list on a separate sheet of paper the name of each additional defendant, his or her place of employment, address, and the capacity in which you are suing that defendant. If you do not provide the names of such additional defendants, they will not be included in your lawsuit. If you do not provide each defendant's proper name, place of employment, and address, the Clerk will be unable to serve that defendant should process issue.)

II. JURISDICTION

A. Jurisdiction is asserted pursuant to 42 U.S.C. § 1983 (applies to state prisoners). Jurisdiction is also invoked pursuant to 28 U.S.C. § 1343(a)(3).

If you wish to assert jurisdiction under different or additional statutes, you may list them below:

III. **PREVIOUS LAWSUITS (The following information must be provided by each plaintiff.)**

A. Have you or any of the other plaintiffs in this lawsuit filed any other lawsuit(s) in the United States District Court for the Middle District of Tennessee, or in any other federal or state court?     ___Yes     _X_No

B. If you checked the box marked "Yes" above, provide the following information:

1. Parties to the previous lawsuit:

    Plaintiffs _____

    Defendants _____
    _____

2. In what court did you file the previous lawsuit? _____
   _____
   (If you filed the lawsuit in federal court, provide the name of the District. If you filed the lawsuit in state court, provide the name of the state and the county.)

3. What was the case number of the previous lawsuit? _____

4. What was the Judge's name to whom the case was assigned? _____
   _____

5. What type of case was it (for example, habeas corpus or civil rights action)?
   _____

6. When did you file the previous lawsuit? (Provide the year, if you do not know the exact date.) _____

7. What was the result of the previous lawsuit? For example, was the case dismissed or appealed, or is it still pending? _____
   _____

8. When was the previous lawsuit decided by the court? (Provide the year, if you do not know the exact date.) _____

9. Did the circumstances of the prior lawsuit involve the same facts or circumstances that you are alleging in this lawsuit?     ___Yes     ___No

*(If you have filed more than one prior lawsuit, list the additional lawsuit(s) on a separate sheet of paper, and provide the same information for the additional lawsuit(s).)*

## IV. EXHAUSTION

A. Are the facts of your lawsuit related to your present confinement?

   _X_ Yes   ___ No

B. If you checked the box marked "No" in question III.B above, provide the name and address of the prison or jail to which the facts of this lawsuit pertain. _____
   _____
   _____

C. Do the facts of your lawsuit relate to your confinement in a Tennessee state prison?

   ___ Yes   _X_ No

   *(If you checked the box marked "No," proceed to question IV.G. If you checked the box marked "Yes," proceed to question IV.D.)*

D. Have you presented these facts to the prison authorities through the state grievance procedure?   ___ Yes   ___ No

E. If you checked the box marked "Yes" in question III.D above:

   1. What steps did you take? _____
      _____

   2. What was the response of prison authorities? _____
      _____
      _____

F. If you checked the box marked "No" in question IV.D above, explain why not. _____
   _____
   _____

G. Do the facts of your lawsuit pertain to your confinement in a detention facility operated by city or county law enforcement agencies (for example, city or county jail, workhouse, etc.)?   _X_ Yes   ___ No

H. If "Yes" to the question above, have you presented these facts to the authorities who operate the detention facility?   ___ Yes   _X_ No

I. If you checked the box marked "Yes" in question III.H above:

   1. What steps did you take? _____
      _____

2.  What was the response of the authorities who run the detention facility? _____
    _____
    _____

J.  If you checked the box marked "No" in question IV.H above, explain why not. _____
    Fear of retribution. I have witnessed other inmates complain and take issue with the medical conditions and their treatment got worse. I am also trustee receiving 2 for 1 days credit and fear I will also loose that status.

V.  **CAUSE OF ACTION**

Briefly explain which of your constitutional rights were violated:

They are all in my mind Eighth Amen. violations. Basically the staffs deliberate indifference to my obvious serious medical condition. There was "and is" substantial risk for harm (mental and Physical Pain). They had, and have, knowledge of this concern and andmnstration fail to provide me a means for treatment. Also the Medical staff, with their knowledge, must be aware of the torturous nature of my condition.

VI. **STATEMENT OF FACTS**

State the relevant facts of your case as briefly as possible. Include the dates when the incidents or events occurred, where they occurred, and how each defendant was involved. Be sure to include the names of other persons involved and the dates and places of their involvement.

If you set forth more than one claim, number each claim separately and set forth each claim in a separate paragraph. Attach additional sheets, if necessary. Use 8 ½ inch x 11 inch paper. Write on one side only, and leave a 1-inch margin on all 4 sides.

_____
_____ See Attached _____
_____
_____
_____
_____
_____
_____
_____
_____
_____

## V. Cause of Action

Claim 1)

On 5.4.16 Plaintiff, Justin Lee, a pre-trial inmate of the Stewart Co. Detention Ctr. in Dover, TN wrote the medical staff, using the facilitys electronic Kiosk about a rash he developed and needed treatment for. This was during a scabies outbreak and the nurse, Lisa Hatcher, subsequently treated Mr. Lee with six tablets she described as Anti-Helmeths. Mr Lee suffers from many serious medical concerns including; Liver failure, Sever Osteo-perosis, several spinal "Burst" fractures, and Bi-Polar disorder. All of these conditions are well documented in the Plaintiff's medical file. Around the first of January 2016, approximately one month after Justin Lee's arrest, the medical staff received Mr. Lee's medical history from Vanderbilt medical Center. From that time the medical staff, including nurse Lisa Hatcher and nurse practitioner ~~Jason Ballinger~~ witness poon, have been adviscinal towards the Plaintiff regarding his medical care

During the next few months the Plaintiff's skin condition continued to worsen. Mr. Lee expressed this to Lisa Hatcher on several ocassions yet was never given any additional treatment.

On 7.7.16 the Plaintiff wrote in the Kiosk that he needed to be seen by an MD for his rash. Mr. Lee used the words "I am dying with this rash please help!"

A few days later Lisa Hatcher replied in the Kiosk, "Diaphenhydromine is available on commissary".

On 7·27·16 a request to see a specialist was made in the Kiosk by Mr. Lee. A reply from Lisa Hatcher came "Do so when you get out". As a note, Mr. Lee, the Plaintiff is facing a 6-12 y. sentence. During this time Mr. Lee requested help from several people but was always instructed to "put it in the Kiosk".

On 8·1·16 another request was put in Kiosk by Plaintiff as a "plea for help". Lisa Hatcher replied that an apt. had been made with their medical provider, ~~Jason Dellinger~~ Mr. Witherspoon, Nurse Practioner.

On 8·5·16 another request was placed in Kiosk requesting specialist because "Rash is killing me".

Eventually the provider did see Mr. Lee and on two occassions a steroid, Prednisone, was given along with Diaphenhydromine.

Since this time the plaintiff has experienced no relief from the rash and to this day continues to be ignored by the medical staff and correctional officers. The Plaintiff has also learned in recent days that steroids, notably Prednisone, is contra indicated in people with osteo perosis and is concerned about any ill effects from this treatment.

The Plaintiff believes that Lisa Hatcher and

Nurse Practitioner Witherspoon
~~Jason Ballinger~~, along with Advanced Correctional Healthcare has violated his Eighth Amendment rights by failure to treat his rash (Boretti v. Wiscomb), exhibited deliberate indifference and that his condition qualifies as "a serious medical need"

Further on 7.27.16 Lisa Hatcher denied access to medical Personnel

Claim 2)

On 9.11.16 Plaintiff, Justin Lee, requested a Diphenhydromine tablet from Correctional officers Sandy Wilburn and Erin Taylor during the evening Med. Pass. They denied him this medication and informed him that they were aware of his rash and would get with their Sgt., Caleb Rosette, about contacting the nurse and despensing the med.

Mr. Lee was ignored later that night and denied med.

On 9.13.16 the plaintiff, Mr. Lee, requested Diphenhydromine from C.O. Greenhill. He was denied. Mr. Lee requested that Greenhill contact his Sgt., James Gream, and the Nurse, Lisa Hatcher about despensing the Med., Mr. Lee never received a response.

The Plaintiff believes that the following individuals have violated his Eighth Amendment rights because

The medical need was "more than obvious to a layperson"

Claim 3)
As a result of claims 1 and 2 the plaintiff, Justin Lee, believes that a clear violation has been committed by the Stewart Co. Sheriff's office by not providing a system of ready access to medical care

Because of the following the plaintiff seeks damages assorted with pain and suffering, and deteration of health, and he also request that his further medical care is provided by a third party, preferabelly his Medical Providers at Vanderbilt university.

**VII. RELIEF REQUESTED:** State exactly what you want the Court to order each defendant to do for you.

_See Attached_

I request a jury trial. ___Yes ___No

**VIII. CERTIFICATION**

I (we) certify under the penalty of perjury that the foregoing complaint is true to the best of my (our) information, knowledge and belief.

Signature: _[signed]_ Date: _9·16·16_
Prison Id. No _1460_
Address (Include the city, state and zip code.): _Justin Lee, PO Box 69,_
_203 Donelson Pkwy, Dover, TN 37058_

Signature: _____ Date: _____
Prison Id. No. _____
Address (Include the city, state and zip code.): _____

<u>ALL PLAINTIFFS MUST SIGN AND DATE THE COMPLAINT</u>, and provide the information requested above. If there are more than two plaintiffs, attach a separate sheet of paper with their signatures, dates, prison identification numbers, and addresses.

<u>ALL PLAINTIFFS MUST COMPLETE, SIGN, AND DATE SEPARATE APPLICATIONS TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS</u>, if not paying the civil filing fee.

<u>SUBMIT THE COMPLAINT AND (1) THE REQUIRED FILING FEE OR (2) COMPLETED APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES AND COSTS TOGETHER.</u> Complaints received without the required filing fee or application to proceed without prepayment of fees will be returned. Filing fees and applications to proceed without prepayment of fees submitted without a complaint will be returned.

## VII Relief Requested

**Claim 1)** Lisa Hatcher, Mr. Witherspoon, ~~Jason Ballanger~~, & Advanced Correctional Healthcare

Defendents should be ordered to excuse themselves from Plaintiffs medical care, pay for a physical exam to determine what, if any, malpractice was committed. Pay for any needed medical care, provide court and legal costs, and pay 250⁰⁰ $ per day for pain and suffering from the date of first notification of 5·4·16. Any additional malpractice on behalf of Jason Ballanger will be assessed as well as any punitive damages towards Advanced Correctional Healthcare.

**Claim 2)** Sandy Webster, Erin Taylor, Greenhill

Defendents should pay court and legal cost as well as 1000⁰⁰ $ per day for date(s) involved.

**Claim 3)** Stewart Co. Sheriff's office

Defendent should be ordered to pay court cost and legal fees, ordered to provide facility with a more accessable route to medical treatment, and ordered to pay 100,000⁰⁰ $ to Plaintiff.